Janine P. Reynard
1655 W. Fairview Ave., Ste 209B
Boise, ID 83702
Telephone: (208) 383-4113
janine@reynardtrustee.com

Chapter 7 Bankruptcy Trustee

U.S. COURTS

JAN 07 2015

Filed ___ Time 10:50
ELIZABETH A. SMITH   US mail
CLERK, DISTRICT OF IDAHO

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | ) |
| --- | --- |
|  | ) |
| CHERNE, BRENT THEODORE | )  Case No. 12-02327 JDP |
| CHERNE, SHERYL LYNN | ) |
|  | )  Chapter 7 |
|  | ) |
| Debtor(s) | ) |

TURNOVER OF FUNDS TO COURT

    The Trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

1.     The following funds represents a disbursement to the debtors that was not claimed within 90 days and is therefore paid to the Court pursuant to 11 U.S.C. § 347(a).

| Creditor | Claims | Check No./Dated | Amount Not Disbursed |
| --- | --- | --- | --- |
| Brent and Sheryl Cherne |  | 502 | $1480.49 |

    TOTAL AMOUNT REMITTED: $1480.49

DATED:    February 19, 2014

/s/ Janine P. Reynard
Janine P. Reynard
Trustee

FEE PAID
R# 61278